✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

LORENSO PASILLAS, et al.,
                Plaintiff (s),
V.
DEUTSCHE BANK, etc., et al.,
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV12-04123-PSG

Notice is hereby given that, subject to approval by the court, __AMELIA PASILLAS__ substitutes
(Party (s) Name)

__LENORE L. ALBERT__, State Bar No. __210876__ as counsel of record in
(Name of New Attorney)

place of __AMELIA PASILLAS IN PRO PER__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
    Firm Name: Law Offices of Lenore Albert
    Address: 7755 Center Avenue #1100, Huntington Beach, CA 92647
    Telephone: (714) 372-2264    Facsimile (714) 831-3376
    E-Mail (Optional): docket@interactivecounsel.com

I consent to the above substitution.
Date: 10/3/12
                                        (Signature of Party (s))

I consent to being substituted.
Date: _____
                                        (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/3/12
                                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: February 18, 2013
                                        Lucy H. Koh
                                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]