AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

LORENSO PASILLAS, et al.,

    Plaintiff (s),

V.

DEUTSCHE BANK, etc., et al.,

    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV12-04123-PSG

Notice is hereby given that, subject to approval by the court, __LORENSO PASILLAS__ substitutes (Party (s) Name)

__LENORE L. ALBERT__ , State Bar No. __210876__ as counsel of record in (Name of New Attorney)

place of __LORENSO PASILLAS IN PRO PER__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    Law Offices of Lenore Albert

    Address:    7755 Center Avenue #1100, Huntington Beach, CA 92647

    Telephone:    (714) 372-2264    Facsimile  (714) 831-3376

    E-Mail (Optional):    docket@interactivecounsel.com

I consent to the above substitution.

Date: 10/3/12

    */s/ Lorenso Pasillas*
(Signature of Party (s))

I consent to being substituted.

Date: _____

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 10/3/12

    */s/ Lenore L. Albert*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: February 18, 2013

    */s/ Lucy H. Koh*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]