**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LORENSO PASILLAS, et al, | ) Case No.: 12-CV-04123-LHK |
| Plaintiffs, | ) |
| v. | ) ORDER DENYING MOTION TO STAY |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, et al, | ) |
| Defendants. | ) |

On August 8, 2012, Plaintiff Lorenso Pasillas filed a Notice of Stay of Proceedings alerting the Court to an automatic stay of proceedings based on an alleged filing in another court. However, Plaintiff failed to attach any documentation in connection with this Notice which would show that the stay is in effect, or would show the court, case number, debtor, and petitioners of the filing in the other court. Consequently, Plaintiff's Motion to Stay is DENIED.

**IT IS SO ORDERED.**

Dated: February 18, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-04123 LHK
ORDER DENYING MOTION TO STAY