1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LORENSO PASILLAS, et al, ) | Case No.: 12-CV-04123-LHK |
| ) | |
| Plaintiffs, ) | ORDER CONTINUING HEARING |
| v. ) | |
| ) | |
| DEUTSCHE BANK NATIONAL TRUST ) | |
| COMPANY, et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The case management conference and hearing on Defendants' Motion to Dismiss, which were scheduled for March 14, 2013, are hereby CONTINUED to June 6, 2013, at 1:30 pm.

**IT IS SO ORDERED.**

Dated: February 18, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-04123 LHK
ORDER CONTINUING HEARING