UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LORENSO PASILLAS, et al., | Case No.: 12-CV-04123 LHK |
| Plaintiffs, | ORDER DIRECTING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT |
| v. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, et at., | |
| Defendants. | |

The parties have failed to file a *Joint* Case Management Statement 7 days in advance of the Case Management Conference set for July 10, 2013, as required pursuant to Civil Local Rule 16-10(a). While counsel for Plaintiffs filed a notice with the Court on July 3, 2013, stating that the delay was caused by him, *see* ECF No. 53, the parties still have not filed a joint statement. Accordingly, the parties are hereby ORDERED to file one Joint Case Management Statement by Monday, July 8, 2013 at 6:00 p.m.

**IT IS SO ORDERED.**

Dated: July 8, 2013

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-04123-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT